NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VALENCIA,              ) | No. C 10-01272 JF (PR) |
|                             ) | |
| Plaintiff,      ) | ORDER OF TRANSFER |
|                             ) | |
| vs.                          ) | |
|                             ) | |
| SERGEANT LOPEZ, et al.,     ) | |
|                             ) | |
| Defendants.    ) | |
|                             ) | (Docket Nos. 3 & 7) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement at the Corcoran State Prison in Corcoran, California, which lies within Kings County. Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 7/8/10

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JF\CR.10\Valencia01272_transfer.wpd                1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EFREN VALENCIA,

        Plaintiff,

  v.

SERGEANT LOPEZ, et al.,

        Defendants.

Case Number: CV10-01272 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  7/26/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Efren Valencia F63187
CSATF/State Prison at Corcoran
P.O. Box 7100
Housing E1 229
900 Quebec Avenue
Corcoran, CA 93212

Dated:  7/26/10

                                    Richard W. Wieking, Clerk